**Order entered June 13, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00945-CR**

**RODERICK WAYNE NELSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F19-24910-I**

**ORDER**

We **REINSTATE** this appeal.

We abated because the clerk's record did not contain the State's July 22, 2021 notice of intent to enhance punishment with one prior conviction. According to appellant, the notice was not in the clerk's or reporter's records filed with the Court or on OnBase. Today, a supplemental clerk's record containing the file-stamped document was filed.

We **VACATE** our May 9, 2022 order to the extent it ordered the trial court to hold a hearing and file findings on the status of the document. We **DIRECT** the Clerk to send copies of this order to the Honorable Nancy Kennedy, Presiding Judge, Criminal District Court No. 2; to Dallas County District Clerk Felicia Pitre; and to counsel for all parties.

We **ORDER** the State's brief due by July 6, 2022.

/s/     ERIN A. NOWELL
JUSTICE